**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:   David W. Wagner                                                                BK No. 18-10071
       Debtor                                                                                           Chapter 7

Wesley Holdings, Ltd.,
      Plaintiff
v.                                                                                                            A.P. No. 18-01044
David W. Wagner,
      Defendant

## SCHEDULING ORDER

After preliminary pretrial conference held on November 28, 2018, with counsel for the parties present, and pursuant to Fed. R. Bankr. P. 7016, the Court issues the following order:

1. By December 13, 2018, the parties shall file a joint statement of each party's position regarding whether it consents to the entry of final orders or judgment by this Court. *See* Fed. R. Bankr. P. 7008, 7012(b). Failure to do so will be deemed consent.

2. The deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1): December 31, 2018. In addition, the parties shall adhere to deadlines set forth in Fed. R. Civ. P. 26(a) for disclosures.

3. The deadline to join parties and/or amend pleadings: January 5, 2019.

4. The Court will hold a preliminary pretrial conference on March 20, 2019 at 10:30 a.m.

5. The deadline for all parties to complete discovery and to file any motions to compel compliance with outstanding discovery requests: April 1, 2019.

6. The deadline to file dispositive and/or pretrial motions: May 31, 2019.

7. The deadline to file the joint pretrial statement pursuant to R.I. LBR 9014-1(d): June 14, 2019. If a dispositive motion is filed, the Court will suspend the deadline for filing the joint pretrial statement.

Date: November 29, 2018                                                    By the Court,

                                                                                             Diane Finkle
                                                                                             U.S. Bankruptcy Judge